AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEBORAH LAUFER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 1:20-116

SWAMI OF GEORGIA, LLC,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order January 19, 2021, Plaintiff's Motion for Attorney, Fees, Costs, Expert Fees, and Litigation Expenses is GRANTED. Plaintiff is awarded the sum of $2,486.25 for reasonable attorney's fees and the sum of $1,330.00 for costs and expert fees for a total award in the sum of $3,816.25. Judgment is entered in favor of Plaintiff, DEBORAH LAUFER, and this civil action stands CLOSED.

| 01/19/2021 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |



*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020